Prepared by State Reporter from Appeal Papers

Term confirming an award of arbitrators appointed pursuant to provisions of a building contract to determine certain claims that had arisen thereunder. Appellant claimed that the arbitrators had been guilty of misconduct, had exceeded their powers and had failed to pass upon defendant's counterclaims.

*Kenneth Dayton* and *Julius Henry Cohen* for appellant.
*Frederick Hulse* and *Joseph G. Fink* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

JAMES V. MURPHY, Respondent, *v.* UNION INDEMNITY COMPANY, Appellant. (Actions Nos. 1 and 2.)

*Insurance (accident) — action to recover on policies — defense of misrepresentations in applications.*

*Murphy* v. *Union Indemnity Co.* (2 cases), 219 App. Div. 760, affirmed.

(Argued May 18, 1927; decided June 7, 1927.)

APPEAL in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 11, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The actions were to recover upon policies of accident insurance. The defenses were that certain statements made by plaintiff in his application for the policies with respect to his physical condition and other accident insurance and earning capacity were untrue.

*George R. Fearon* for appellant.
*George W. O'Brien* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.